**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **KEITH DARRELL LUTON**, | : | |
| *Individually and doing business as*, | : | |
| **THE NEW FAITH CHURCH,** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO:** |
| | : | **7:26-cv-75–WLS** |
| **v.** | : | |
| | : | |
| **IBM CORPORATION,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court, *sua sponte*. On February 18, 2026, the captioned action was filed in the Superior Court of Lowndes County, Georgia. On March 25, 2026, Defendant IBM Corporation filed a Notice of Removal (Doc. 1), pursuant to 28 U.S.C. § 1332, invoking this Court's diversity jurisdiction.

Upon review of the Complaint and attachments, it appears that The New Faith Church is not merely a d/b/a for Plaintiff Keith Darrell Luton. Rather, the full name of such entity is "The New Faith Church and co-op Inc." which is a Georgia nonprofit corporation and Keith Luton is its Registered Agent.[1] As The New Faith Church and co-op Inc. is a corporation, it cannot proceed *pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) (corporations, partnerships, associations, and artificial entities may only appear in federal courts through a licensed attorney).

Accordingly, it is hereby **ORDERED**, that Plaintiff, The New Faith Church and co-op Inc., must obtain counsel who shall enter an appearance on its behalf in this case on or before **Monday, April 13, 2026**. Failure to do so may result in The New Faith Church and

---

[1] (*See* Doc. 1-1 at 38 listing "The New Faith Church and co-op Inc." as the "Company" in what appears to be certain agreements; *see also* Georgia Secretary of State Records for The New Faith Church and co-op Inc., available at https://ecorp.sos.ga.gov/businesssearch/BusinessInformation?businessId=4416690&business Type=Domestic%20Nonprofit%20Corporation&fromSearch=True).

co-op Inc. being dropped as a party to this action pursuant to Federal Rule of Civil Procedure 21 which provides that "On motion or on its own, the court may at any time, on just terms, add or drop a party."

**SO ORDERED**, this 30th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2