**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **KEITH DARRELL LUTON**, *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CASE NO:** |
| **v.** | : | **7:26-cv-75–WLS** |
| | : | |
| **IBM CORPORATION,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Before the Court is *pro se* Plaintiff Keith Darrell Luton's ("Luton") Motion for Preservation of Evidence and Expedited Discovery[1] (Doc. 7) ("Preservation Motion") and Notice of Filing State Court Documents in Support of Plaintiff's Refiled Motion for Preservation of Evidence (Doc. 9) ("Notice"). In the Preservation Motion, Luton contends an Order requiring Defendant IBM Corporation ("IBM") to preserve critical electronic evidence and expedited discovery is necessary because IBM is "currently undergoing a 'quarterly lifecycle review' and 'End of Support' transitions for cloud systems containing the evidence in this case." (Doc. 7 at 1). "These transitions include the scheduled purging and decommissioning of services" relevant to this litigation. (*Id.*) Upon review of the Preservation Motion, the Court finds that a shortened response time is appropriate.

Accordingly, on or before close of business on **Thursday, April 9, 2026**, IBM shall file its response to the Preservation Motion (Doc. 7). The Court will take the Preservation Motion under consideration at that time.

**SO ORDERED**, this 2nd day of April 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] The Preservation Motion was originally filed in the Superior Court of Lowndes County, Georgia, on March 6, 2026, and was refiled in accordance with the Court's instructions that parties must refile pending motions from the court of origin when cases are removed to this Court.

1