**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **KEITH DARRELL LUTON**, | : | |
| *Individually and doing business as*, | : | |
| **THE NEW FAITH CHURCH,** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO:** |
| | : | **7:26-cv-75–WLS** |
| **v.** | : | |
| | : | |
| **IBM CORPORATION,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

By Order (Doc. 5) entered March 30, 2026, the Court noted that it appeared that The New Faith Church is not merely a d/b/a for Plaintiff Keith Darrell Luton. Rather, the full name of such entity is "The New Faith Church and co-op Inc." which is a Georgia nonprofit corporation and Keith Luton is its Registered Agent. The Court notified the Plaintiffs that as a corporation, The New Faith Church and co-op Inc., cannot proceed in a lawsuit *pro se. See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) (corporations, partnerships, associations, and artificial entities may only appear in federal courts through a licensed attorney).

The New Faith Church and co-op Inc. was ordered to obtain counsel who was required to enter an appearance in this case on its behalf on or before Monday, April 13, 2026. The docket does not reflect that counsel has entered an appearance on behalf of The New Faith Church and co-op Inc. In the event of failure to comply with the March 30, 2026 Order, the Plaintiffs were notified that The New Faith Church and co-op Inc. could be dropped as a party to this action pursuant to Federal Rule of Civil Procedure 21.[1]

---

[1] Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."

1

Based on the foregoing, and in light of Plaintiff Keith Darrell Luton's attempt to voluntarily dismiss The New Faith Church and co-op Inc. from the lawsuit, the Court finds good cause exists to and it does hereby *sua sponte*[2] drop The New Faith Church and co-op Inc. from this lawsuit. The Clerk is **DIRECTED** to remove The New Faith Church from the caption of this case.

**SO ORDERED**, this 17th day of April 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] Because Plaintiff Keith Darrell Luton has no authority to act as an attorney or *pro se* party on behalf of The New Faith Church and Co-Op, Inc. in this Court, his Notice of Voluntary Dismissal of Plaintiff The New Faith Church and Co-Op, Inc. (Doc. 6) was ineffective in dismissing The New Faith Church and Co-Op, Inc. from this case.

2