**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

KEITH DARRELL LUTON,                    :
                                        :
    Plaintiff,                          :
                                        :
                                        :        **CASE NO:**
    v.                                  :        **7:26-cv-75–WLS**
                                        :
IBM CORPORATION,                        :
                                        :
    Defendant.                          :
                                        :
_____

## ORDER

Before the Court is *pro se* Plaintiff Keith Darrell Luton's ("Luton") Emergency Supplemental Motion for Preservation Order and Expedited Forensic Discovery Based on Newly Discovered Evidence (Doc. 35) and Plaintiff's Notice of Newly Discovered Spoliation—Deletion of Evidence from IBM Cloud Object Storage During Active Litigation Hold (Doc. 37) (together the "Motions"). Upon review of the Motions, the Court finds that a shortened response time is appropriate.

Accordingly, on or before close of business on **Friday, May 22, 2026**, IBM shall file its response to the Motions (Docs. 35, 37). On or before **Friday, May 29, 2026**, Plaintiff may file a reply brief of no more than ten pages. No further briefs shall be filed except upon the filing of an appropriate motion showing good cause as granted by the Court.

    **SO ORDERED**, this 14th day of May 2026.


                      **/s/ W. Louis Sands**_____
                      **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1