IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KEITH DARRELL LUTON,                    :
                                        :
        Plaintiff,                      :
                                        :
                                        :          CASE NO:
        v.                              :          7:26-cv-75–WLS
                                        :
IBM CORPORATION,                        :
                                        :
        Defendant.                      :
_____ :

## ORDER

Before the Court is *pro se* Plaintiff's Motion to File Trade Secret Exhibit Under Seal and Request for in Camera Review (Doc. 40) ("Motion to Seal"). Therein, Plaintiff requests he be allowed to file under seal one document titled "KLTOE/QIT Deterministic Entanglement Parameterization Framework" ("Framework") which is "a technical description of the proprietary quantum circuit synthesis methodology that formed the core of Plaintiff's submissions to IBM's platform." (Doc. 40 at 2).

Plaintiff requests the Court review the Framework in camera in connection with Defendant IBM Corporation's Motion to Dismiss (Doc. 25) and Plaintiff's claim under the Defend Trade Secrets Act. (Doc. 40 at 3). In its proposed order, Plaintiff also seeks to preclude disclosure to outside counsel except upon motion and upon entry of an "attorneys-eyes-only protective order." (Doc. 40-1 at 2). Upon review of the Motion, the Court finds that a shortened response time is appropriate.

Accordingly, on or before close of business on **Monday, June 1, 2026**, IBM shall file its response to the Motion to Seal. On or before **Friday, June 5, 2026**, Plaintiff may file a reply brief of no more than ten pages. No further briefs shall be filed except upon the filing of an appropriate motion showing good cause as granted by the Court.

**SO ORDERED**, this 27th day of May 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1